CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 14 2006

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OMORO RAGLAND, | ) | |
| Plaintiff, | ) | Civil Action No. 7:02-cv-00786 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| RON ANGELONE, et al., | ) | By: Hon. James C. Turk |
| Defendants. | ) | Senior United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

that the motions for summary judgment on the ground that the Religious Land Use and Institutionalized Persons Act ("RLUIPA"), 42 U.S.C. § 2000cc, et. seq., are unconstitutional, are hereby **DENIED**, but the motions for summary judgment are otherwise **GRANTED** as to plaintiff's claims under 42 U.S.C. § 1983 and RLUIPA; all state law claims are hereby **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1367(c); and the action is hereby stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendants.

ENTER: This 14th day of March, 2006.

_/s/ James C. Turk_
Senior United States District Judge