CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAR 15 2006

JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| OMORO RAGLAND, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:02-cv-00786 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| RON ANGELONE, et al., | ) | By: Hon. James C. Turk |
|     Defendants. | ) | Senior United States District Judge |

In accordance with the supplemental opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that the court fully affirms the memorandum opinion and final order entered in this case on March 14, 2006.

The clerk is directed to send a true copy of this order and the accompanying supplemental opinion to plaintiff and to counsel for defendants.

ENTER: This 15th day of March, 2006.

/s/ James C. Turk
Senior United States District Judge